```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :
                    Plaintiff,                :
                                              :
        -against-                             :
                                              :      17-CV-4950 (LGS)
RENWICK HADDOW, BAR WORKS, INC.,              :
BAR WORKS 7TH AVENUE, INC., and          :
BITCOIN STORE, INC.,                          :
                                              :
                    Defendants,               :
                                              :
        -and-                                 :
                                              :
BAR WORKS CAPITAL, LLC,                       :
                    Relief Defendant.         :
------------------------------------------------------------------------x

## [PROPOSED] FINAL DEFAULT JUDGMENT AS TO
## RELIEF DEFENDANT BAR WORKS CAPITAL, LLC

**WHEREAS,** the Court has reviewed the application by Plaintiff Securities and Exchange Commission ("Commission") for a default judgment against Relief Defendant Bar Works Capital, LLC ("Relief Defendant" or "Capital")—including the Declaration of Christopher J. Dunnigan and the exhibits thereto (the "Application"); the Clerk of the Court entered a Certificate of Default as to Capital; the Court entered an Order to Show Cause on September 12, 2017, requiring Capital to appear before this Court on ~~September~~ October 3, 2017, to show cause, if any exists, why a default judgment should not be entered against Capital; and Capital failed to appear at the appointed date and time; **NOW THEREFORE,** for good cause shown:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's application for a default judgment against Relief Defendant Bar Works Capital, LLC is GRANTED for the reasons set forth in the Commission's Application.

II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant Capital is, jointly and severally with defendants Bar Works, Inc. and Bar Works 7th Avenue, Inc., liable for disgorgement of $1,550,000.00 representing profits gained as a result of the conduct alleged in the Complaint and as supported by the additional disgorgement evidence proffered by the Commission in its Application, together with prejudgment interest thereon in the amount of $62,868.88, for a total of $1,612,868.88.  Relief Defendant Capital shall satisfy this obligation by paying the full amount of $1,612,868.88, to the Commission within 14 days after entry of this Final Default Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Relief Defendant Capital as a defendant in this action; and specifying that payment is made pursuant to this Final Default Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Default Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Default Judgment. Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Default Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Default Judgment forthwith and without further notice.

Dated: __October 20__, _2017_

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE