UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                           Plaintiff,

             -against-

RENWICK HADDOW,

                          Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2019

17 Civ. 4950 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 19, 2018, required the United States to file a status letter every sixty-days providing the Court with an update on the related criminal case *United States v. Renwick Haddow*, 17 Mj. 4939;

WHEREAS, the United States failed to submit the letter.  It is hereby

**ORDERED** that, by **April 3, 2019**, the United States shall file the status letter.

Dated: April 1, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**