

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2019

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **Securities and Exchange Commission v. Renwick Haddow,**
            **17 Civ. 4950 (LGS)**

Dear Judge Schofield:

      The United States writes pursuant to the Court's July 19, 2018 Order (Dkt. No. 90) and January 28, 2019 Order (Dkt. No. 95) to provide the Court with a brief update regarding the related criminal case, *United States* v. *Renwick Haddow*, 17 Mj. 4939. The Government apologizes for the belated nature of this submission.

      The criminal case has still not yet been indicted. The parties remain engaged in discussions concerning a possible disposition of the case. Most recently, on March 13, 2019, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, ordered a 30-day continuance in the interest of justice based on the parties' representations that such discussions are ongoing.

                              Respectfully submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney

                By:    /s/_____
                                Martin S. Bell
                                Assistant United States Attorney
                                (212) 637-2463

cc:    All Counsel (via ECF)