

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

CHRISTOPHER J. DUNNIGAN
TELEPHONE: (212) 336-0061
DUNNIGANCJ@SEC.GOV

May 24, 2019

**By ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Renwick Haddow, et. al., 17-civ-4950 (LGS)*
               *SEC v. James Bernard Moore and Universal Voicetech, Inc., 18-cv-7803 (LGS)*
               *SEC v. Savraj Gata-Aura and Core Agents Ltd., 19-cv-4780 (UA)*

Dear Judge Schofield:

        Pursuant to Local Rule 1.6(a), Plaintiff Securities and Exchange Commission ("Commission") respectfully writes to inform the Court that on May 23, 2019, the Commission filed the above-referenced action titled *SEC v. Savraj Gata-Aura, et al.,* in the United States District Court for the Southern District of New York. The Commission filed a Civil Case Cover Sheet (Docket No. 2) reflecting that this new action is related to the above-referenced matters *SEC v. Renwick Haddow, et al.,* and *SEC v. James Bernard Moore, et al.*, both of which are pending before this Court. The SEC likewise filed a Statement of Relatedness (Docket No. 3) identifying the underlying related facts.

        Additionally, the individual defendant in the new action, Savraj Aura-Gata, was arrested on May 23, 2019, pursuant to the unsealing of an indictment in the United States District Court for the Southern District of New York in *U.S. v. Savraj Gata-Aura*, S1 18-CR-759 (RMB).

                                                            Respectfully submitted,

                                                             /s/ Christopher J. Dunnigan

                                                             Christopher J. Dunnigan
                                                             Senior Trial Counsel