*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2019

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **Securities and Exchange Commission v. Renwick Haddow,**
              **17 Civ. 4950 (LGS)**

Dear Judge Schofield:

    The United States writes pursuant to the Court's August 13, 2019 Order (Dkt. No. 102) to provide the Court with a brief update regarding the related criminal case, *United States* v. *Renwick Haddow*, 17 Mag. 4939, 19 Cr. 340 (LTS).

    On May 8, 2019, Renwick Haddow pleaded guilty to an Information charging him with two counts each of wire fraud and wire fraud conspiracy related to schemes involving the companies Bitcoin Store Inc. and Bar Works Inc. and their affiliates. The case was assigned to the Honorable District Judge Laura Taylor Swain under the caption 19 Cr. 340 (LTS). The defendant pleaded guilty pursuant to a cooperation agreement, and his cooperation with the Government's investigation into these offenses is ongoing. During the week of June 3, 2019, Mr. Haddow testified at the trial of *United States v. Moore*, 18 Cr. 459 (RMB) (S.D.N.Y.). Mr. Haddow's sentencing has not yet been scheduled.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                    United States Attorney

                By:    __/s/_____
                                Vladislav Vainberg
                                Martin S. Bell
                                Assistant United States Attorneys
                                (212) 637-1029/2463

cc:    All Counsel (via ECF)