UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMISSION,  :
                              Plaintiff,  :
                                -against-  :
RENWICK HADDOW, et al.,  :
                             Defendants.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

17 Civ. 4950 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 10, 2019, the Court ordered a consent judgment as to Defendant Haddow (Dkt. No. 106). It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to close the case. The docket will remain open to the extent the parties seek to enforce the terms of the consent judgment (Dkt. No. 106), and the final default judgments (Dkt. Nos. 68, 78-80).

Dated: December 5, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE