

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

CHRISTOPHER J. DUNNIGAN
TELEPHONE: (212) 336-0061
DUNNIGANCJ@SEC.GOV

December 6, 2019

**By ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Renwick Haddow, et al.,* 17-cv-4950 (LGS)

Dear Judge Schofield:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter to request that the Court re-open the above-referenced action because the Commission's partial consent judgment against defendant Renwick Haddow ("Haddow") (Docket No. 106) does not resolve the Commission's claims for monetary relief against him.

As background, after the Court entered default judgments against the entity defendants, the Court entered a partial consent Judgment as to Defendant Renwick Haddow on September 10, 2019. That judgment resolved the non-monetary relief with respect to Haddow but left open the Commission's claims for monetary relief and permits the Commission to move for such monetary relief at a later time (Docket No. 106 at ¶ 4). Once Haddow has been sentenced in his related criminal case, *United States v. Haddow*, 19-cr-00340 (RMB) (the "Criminal Matter"), the Commission anticipates that (i) the parties will reach a settlement on the monetary relief, or (ii) the Commission will make a motion seeking monetary relief. There is currently no set sentencing date in the Criminal Matter. If the Court nevertheless prefers to remove this action from its active docket, the Commission respectfully requests that the Court modify the Order of December 5, 2019 (Docket No. 107) to grant the Commission leave to move to re-open this case either to seek the Court's approval of a final consent judgment with Haddow or to move for monetary relief.

    Respectfully submitted,

    /s/ Christopher J. Dunnigan

    Christopher J. Dunnigan
    Senior Trial Counsel

cc:    Edward Little, Esq. (by ECF)
    *Counsel for Defendant Renwick Haddow*