

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

Defendant Moore is dismissed. So Ordered.

Dated: September 17, 2024
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**By ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *SEC v. James Bernard Moore and Universal Voicetech, Inc.*, 18-civ.-7803 (S.D.N.Y.) (LGS); *SEC v. James Robinson and David Kennedy*, 22-civ.-10200 (LGS) (Related Case); *SEC v. Haddow, et al.*, 17-cv.-4950 (S.D.N.Y.) (LGS) (Related Case); *SEC v. Savraj Gata-Aura and Core Agents Ltd.*, 19-cv.-4780 (S.D.N.Y.) (LGS) (Related Case)

Dear Judge Schofield:

Pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2), Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that the Court dismiss with prejudice the Commission's claims in this action against Defendant James Bernard Moore ("Moore"). As the Commission notified the Court on July 22, 2024, Moore has passed away. (Dkt. No. 157.) Because Moore filed an answer on September 20, 2022 (Dkt. No. 12), the Commission cannot dismiss its claims against him by filing a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A).

Respectfully submitted,

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan
Senior Trial Counsel

cc: Robert Knuts, Esq. (by ECF)
   *Counsel for Defendant James P. Moore*